UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY

---

LARRISA CYRACUS,

        Plaintiff,                       Civil Action No. 15-C-0172

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

        Defendant.

---

**ORDER**

---

The Court, having read the Petition of CHARLES E. BINDER, attorney for the Plaintiff in the above entitled case, dated the 18th day of August, 2017, for an award of attorney fees in accordance with 42 U.S.C. §406(b), and upon all the supporting documents annexed hereto,

IT IS ORDERED that attorney fees be granted in the amount of $17,600.00, which represents less than 25% ($27,699.50) of the past due benefits awarded to the Plaintiff, be remitted to CHARLES E. BINDER, petitioner. Upon receipt of this sum, counsel for Plaintiff is directed to remit $4,761.63 directly to the Plaintiff, as the previously awarded Equal Access to Justice Act fees of $4,822.06 was reduced by $60.43 to satisfy Plaintiff's pre-existing federal debt.

Dated this __23rd__ day of August, 2017.

                                                   BY THE COURT:

                                                   s/ William C. Griesbach
                                                 William C. Griesbach, Chief Judge
                                                 U.S. District Court - WIED